# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ROSS, | : | No.3:18cv1996 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| BLACK CREEK TOWNSHIP, | : | |
| JOSEPH LESCOWITCH, individually | : | |
| and in his official capacity, and | : | |
| BONNIE ADAMS, individually and in | : | |
| her official capacity, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, to wit, this 9th day of January 2019, it is hereby **ORDERED** as follows:

1. Defendants' motion to dismiss (Doc. 3) is **GRANTED** as it pertains to plaintiff's Count III First Amendment violation claim;

2. The Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas of Luzerne County so that the parties may litigate the remaining state court claims; and

3. The Clerk of Court is further directed to **CLOSE** this case.

                                                    **BY THE COURT**

                                                    **s/ James M. Munley**_____
                                                    **JUDGE JAMES M. MUNLEY**
                                                    **United States District Court**